Greco v Syracuse ASC, LLC (2023 NY Slip Op 03988)

Greco v Syracuse ASC, LLC

2023 NY Slip Op 03988

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, AND OGDEN, JJ.

229 CA 22-01688

[*1]GRETCHEN GRECO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-RESPONDENT,
v
SYRACUSE ASC, LLC, DOING BUSINESS AS SPECIALTY SURGERY CENTER OF CENTRAL NEW YORK, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, WHITE PLAINS (MELISSA A. MURPHY-PETROS OF COUNSEL), FOR DEFENDANT-APPELLANT.
FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER, LLP, WHITE PLAINS (DOUGLAS G. BLANKENSHIP OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered September 22, 2022. The order denied the motion of defendant for a stay of all proceedings pending appeal. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Greco v Syracuse ASC, LLC ([appeal No. 1] — AD3d — [July 28, 2023] [4th Dept 2023]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court